**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1560**

─────────────

SAMUEL T. WHATLEY, II; REVEREND DR. SAMUEL T. WHATLEY,

        Plaintiffs - Appellants,

     v.

BETHANY PHILLIPS, General Manager; U-HAUL; AMERCO; U-HAUL CO. OF
SOUTH CAROLINA, INC.,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-03528-RMG)

─────────────

Submitted:  September 19, 2024                    Decided:  September 23, 2024

─────────────

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Samuel T. Whatley, II; Samuel T. Whatley, Appellants Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel T. Whatley II and Reverend Dr. Samuel T. Whatley appeal the district court's order accepting the recommendation of the magistrate judge and dismissing for failure to state a claim their amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Whatley v. Phillips*, No. 2:22-cv-03528-RMG (D.S.C. May 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*